IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.

CHARLES LEE FRAZIER,

      Defendant.

: Case No. 3:11cr24

: JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; DEFENDANT ORALLY EXPLAINED HIS RIGHT OF APPEAL AND HE ORALLY STATED HIS UNDERSTANDING OF SAME; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION; TERMINATION ENTRY

---

On September 2, 2021, the Defendant appeared in open Court and admitted to an amended allegation set forth against him in a Petition directing him to show cause why his Supervised Release, a status that began September 6, 2018, should not be revoked. Following said admission, he was found in violation of said period of supervision.

Pursuant to the record made on the aforesaid September 2, 2021, the Defendant's Supervised Release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of 24 months, with no re-imposed Supervised Release to follow, given that he has been ordered to serve a lifetime of Supervised Release in Case No. 3:20cr26.

The 24-month sentence imposed herein is to be served consecutively to the 300-month sentence imposed on September 2, 2021, in Case No. 3:20cr26.

The upward variance from the non-binding policy statements contained in the United States Sentencing Guidelines, is based, likewise, on the record made on the aforesaid September 2, 2021, to wit: lying to his Probation Officer and his sex offender therapist, Dr. David Roush, as well as his fellow group therapy members.

The Defendant, having been sentenced to an aggregate sentence of 324 months, is to be given credit for all allowable pre-revocation time from February 20, 2020.

In this Court's Judgment Entry in Case No. 3:20cr26, this Court recommended Defendant be designated to the Federal Medical Center at Devons, Massachusetts, to receive sex offender treatment and management programming. If he cannot be designated immediately to that facility or, once said programming is complete, the Court would recommend that he be designated to the federal facility at either Milan, Michigan, or Elkton, Ohio, consistent with his security status.

Following the above, the Defendant was orally explained his right of appeal and he orally indicated an understanding of same.

Neither counsel for the government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

November 4, 2021

*[signature]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
US Marshal